IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ESEQUIEL GUERRERO,<br><br>        Defendant. | 4:22-CR-3035<br><br>ORDER |

IT IS ORDERED:

1. The Request for Transcript (filing 45) is granted.

2. The Clerk's Office shall mail a copy of this order to the party requesting the transcript.

3. The requestor shall be responsible for the cost of the transcript.

4. The requestor is directed to contact the court reporter to arrange for payment.[1]

Dated this 24th day of January, 2023.

BY THE COURT:

John M. Gerrard
United States District Judge

---

[1] The Court reporter, Lisa Grimminger, may be reached at (402) 437-1908 or Lisa_Grimminger@ned.uscourts.gov.